RICK D. ROSKELLEY, ESQ., Bar # 3192
AMY BAKER, ESQ., Bar # 11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:       702.862.8811

Attorneys for Defendant
WELLS FARGO BANK, NATIONAL ASSOCIATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE MILLER, an individual, | Case No.  2:15-cv-01782-RFB-NJK |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT TO ANSWER PLAINTIFF'S COMPLAINT** |
| WELLS FARGO BANK, NATIONAL ASSOCIATION; a foreign corporation, and DOES 1 through 50, inclusive, | |
| | **[FIRST REQUEST]** |
| Defendant. | |

Plaintiff MICHELLE MILLER (hereinafter "Plaintiff") and Defendant WELLS FARGO BANK, NATIONAL ASSOCIATION (hereinafter "Defendant"), by and through their respective counsel of record, hereby stipulate and agree to extend the time for Defendant to answer Plaintiff's Complaint, up to and including October 7, 2015.

This extension is necessary in order to provide adequate time for counsel for Defendant to receive and review necessary information in order to prepare an answer.  This is the first request for an extension of time to answer.

/ / /

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800

The parties agree and represent to the Court that this request is made in good faith and not for the purpose of delay.

| | |
|---|---|
| Dated: September 22, 2015 | Dated: September 22, 2015 |
| Respectfully submitted, | Respectfully submitted, |
| /s/ Sharon L. Nelson<br>SHARON L. NELSON, ESQ.<br>NELSON LAW<br><br>Attorney for Plaintiff | /s/ Amy Baker<br>RICK D. ROSKELLEY, ESQ.<br>AMY BAKER, ESQ.<br>LITTLER MENDELSON, P.C.<br><br>Attorneys for Defendant |

**ORDER**

**IT IS SO ORDERED.**

Dated: September 23, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

LITTLER MENDELSON, P.C.
ATTORNEYS AT LAW
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
702.862.8800