SHARON L. NELSON
Nevada Bar No. 6433
NELSON LAW
5940 South Rainbow Blvd.
Las Vegas, NV  89118
Telephone:     (702) 247-4529
Facsimile:      (702) 737-4529
snelson@nelsonlawlv.com
Attorneys for Plaintiff
Michelle Miller

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MICHELLE MILLER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION, a foreign corporation, Does I-X and Roes I-X<br><br>Defendants. | Case No.:  2:15-cv-01782-RFB-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE CONFIDENTIAL SETTLEMENT BRIEFS**<br><br>**(FIRST REQUEST)** |

Plaintiff Michelle Miler ("Plaintiff") and Defendant Wells Fargo Bank, National Association ("Defendant"), hereby stipulate by and between the undersigned counsel that the deadline for confidential settlement briefs originally due Thursday July 21, 2016 be extended to Monday July 25, 2016.

//

//

//

//

Page 1 of 2

The extension is necessary for Plaintiff's counsel who was traveling yesterday and due to computer issues with Southwest Airlines, flights were cancelled, delayed and rerouted.

This request is made in good faith and not for purposes of delay.

| | |
|---|---|
| Dated this 21st day of July 2016. | Dated this 21st day of July 2016. |
| **NELSON LAW** | **LITTLER MENDELSON** |
| /s/ Sharon L. Nelson | /s/ Amy Baker |
| SHARON L. NELSON | RICK D. ROSKELLEY |
| Nevada Bar No. 6433 | Nevada Bar No. 3192 |
| 5940 South Rainbow Blvd. | AMY BAKER |
| Las Vegas, NV 89169 | Nevada Bar No. 11907 |
| Attorneys for Plaintiff | 3960 Howard Hughes Parkway |
| | Suite 300 |
| | Las Vegas, NV 89169 |
| | Attorneys for Defendant |

**ORDER**

**IT IS SO ORDERED.**

Dated this 21st day of July, 2016

_____
UNITED STATES MAGISTRATE JUDGE